IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RACHEL WESTBROOK, as Wrongful Death Representative of Antonio Davis, <br><br>  Plaintiff, <br><br> v. <br><br> FLOYD BONNER, JR., et al., <br><br>  Defendants. | No. 2:23-cv-02094-SHL-atc |

**ORDER DENYING UNOPPOSED MOTION TO STAY PROCEEDINGS
AND GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Before the Court is Plaintiff's Unopposed Motion to Stay Proceedings or in the Alternative for Extension of Time, filed March 19, 2024. (ECF No. 40.) Plaintiff requests a stay in these proceedings because the Parties agree that a ruling in another case before this Court "will bear significantly on both the arguments and outcome of the dispositive motions in the instant case." (Id. at PageID 422.)  An unknown future ruling in a separate case is not enough of a reason to tread onto the slippery stay slope.  Ifs, maybes, and potentials can be addressed as those things do or do not become reality.  Thus, the motion to stay proceedings is **DENIED**.

In the alternative, Plaintiff requests a seven-day extension for her response deadline to the motion for judgment on the pleadings and motion for summary judgment.  Given that this motion is unopposed, the requested extension is relatively brief, and there is adequate cause for the extension, the motion is **GRANTED**.  The new deadline for Plaintiff's response to both motions is now March 29, 2024.

**IT IS SO ORDERED,** this 20th day of March, 2024.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE